1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF WASHIGNTON

8

9    UNITED STATES OF AMERICA,          No. 4:15-CR-06049-EFS-7

10

11                 Plaintiff,           ORDER GRANTING
                                        DEFENDANT'S MOTION TO
12             v.                       MODIFY

13   GABRIELA MENDOZA VASQUEZ,

14                                         **MOTION GRANTED**
                                            **(ECF No. 542)**
15                 Defendant.

16

17

18        Before this Court is Defendant's Motion to Modify Release Conditions.

19   ECF No. 542. Defendant requested modification of Special Release Condition No.

20   4, requiring electronic home monitoring, to permit her to travel to local restaurants

21   and parks with her children. Subsequently Defendant constructively amended her

22   request, and asked that Special Condition No. 4 be deleted altogether. ECF 545.

23        Defendant, through the declaration of counsel, ECF No. 545, recites that

24   U.S. Probation has no objection to the request. *Id*. at 1. The United States' in its

25   response, ECF No. 546, recites that it also has no objection to the request.

26        Therefore, **IT IS HEREBY ORDERED**, that Defendant's Motion, **ECF**

27   **No. 542**, is **GRANTED AS AMENDED**, and that Defendant is relieved from

28   compliance with Special Condition No. 4.

     ORDER  - 1

1  All previously ordered conditions not inconsistent herewith to remain in full

2  force and effect.

3  **IT IS SO ORDERED**.

4  DATED October 20, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2